AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ MASSACHUSETTS

UNITED STATES OF AMERICA
V.
ANGELO JOAQUIN

**SUMMONS IN A CRIMINAL CASE**

Case Number: 10-CR-10326-DPW

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| 1 Courthouse Way, Boston, MA 02210 | Courtroom 25 |
| Before: U.S. Magistrate Judge Bowler | Date and Time: 9/4/2012 2:15 pm |

To answer a(n)
- [ ] Indictment
- [ ] Information
- [ ] Complaint
- [x] Probation Violation Petition
- [ ] Supervised Release Violation Petition
- [ ] Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

_Signature of Issuing Officer_

Deputy Clerk

Name and Title of Issuing Officer

8/20/2012
Date